# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| JEFRI DAVID COLUNGA and JESSICA ANN COLUNGA, | 08-28322 JTM |
| Debtors. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was not cashed or returned and the trustee placed a stop payment on the check.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

Johnson, Riddle and Mark, LLC                               $31.91
PO Box 7811
Sandy, UT  84091-7811

The address listed above constitutes the last known address in question. The check in the amount of $31.91 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _16_ day of March, 2011.

_____
Duane H. Gillman, Trustee

[FILED UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH 2011 MAR 16 PM 9: 57]

SLC_813187.1